UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Arco/Kenwood LTD**., a California Limited Partnership; <br> **In The Pocket, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: No**.:** 4:18-CV-06458-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO BE EXCUSED FROM JOINT SITE INSPECTION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The parties are excused from conducting joint site inspection, and instead are to proceed to conducting a settlement meet and confer.
2. If the parties do not reach a complete settlement within forty-two days of the date of this order, Plaintiff will file a notice of need for mediation.

IT IS SO ORDERED.

Dated: January 2, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE