**CRIS C. VAUGHAN** (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com

Attorneys for Defendants, Arco/Kenwood LTD, a
Limited Partnership; In the Pocket, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Arco/Kenwood LTD., a Limited Partnership**; **In the Pocket, Inc.,** a California corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 4:18-cv-06458-HSG<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: February 19, 2019<br>Time: 2 p.m.<br>Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA; Before the Honorable Haywood S. Gilliam, Jr. |

Upon review of the administrative request of counsel for Defendants to appear at the Case Management Conference telephonically, and good cause appearing, IT IS ORDERED that Defendant's counsel may appear at the Case Management Conference on February 19, 2019, at 2 p.m. by telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: February 19, 2019

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Court Judge