CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
Prathimap@potterhandy.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Arco/Kenwood LTD.**, a California Limited Partnership; <br> **In The Pocket, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: **4:18-CV-06458-HSG** <br><br> **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE** AND ORDER |

Plaintiff, Samuel Love, and Defendants, Arco/Kenwood LTD and In The Pocket, Inc., by and through their attorneys of record, hereby stipulate to continue the Case Management Conference in the above matter from February 19, 2019 to March 5, 2019. The parties make this request as the continuance will allow them sufficient time to complete their meet and confer prior to the hearing. Additionally, the parties request permission to appear telephonically at the continued hearing. The parties respectfully request that the Court grant their request.

//

1

Dated: February 19, 2019　　　　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　　　By: /s/ Prathima Reddy Price
　　　　　　　　　　　　　　　　　　　Prathima Reddy Price
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: February 19, 2019　　　　　　　　　　VAUGHAN & ASSOCIATES

　　　　　　　　　　　　　　　　　　　By: /s/ Cris C. Vaughan
　　　　　　　　　　　　　　　　　　　Cris C. Vaughan
　　　　　　　　　　　　　　　　　　　Attorney for Defendants

ORDER:

DATED: 2/19/2019

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stipulation to Continue Case Management Conference　　　　　　　Case: 4:18-CV-06458-HSG