# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case No. 4:18-CV-06458-HSG |
| Plaintiff, | **ORDER** |
| v. | |
| **Arco/Kenwood LTD.**, a California Limited Partnership; **In The Pocket, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Having read the forgoing request, it is hereby ordered that Plaintiff's counsel be granted permission to appear telephonically at the Initial Case Management Conference, set for hearing on April 23, 2019 at 2:00 p.m. Plaintiff's Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: April 17, 2019

_____
Haywood S. Gilliam, Jr.
United States District Judge