**CRIS C. VAUGHAN** (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com

Attorneys for Defendants, Arco/Kenwood LTD, a
Limited Partnership; In the Pocket, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love,**<br><br>   Plaintiff,<br><br>v.<br><br>**Arco/Kenwood LTD., a Limited Partnership**; **In the Pocket, Inc.,** a California corporation; and Does 1-10,<br><br>   Defendants. | Case No.: 4:18-cv-06458-HSG<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: August 13, 2019<br>Time: 2 p.m.<br>Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA; Before the Honorable Haywood S. Gilliam, Jr. |

Upon review of the administrative request of counsel for Defendants to appear at the Further Case Management Conference telephonically, and good cause appearing,

IT IS ORDERED that Defendants' counsel may appear at the Further Case Management Conference on August 13, 2019, at 2 p.m. by telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 8/7/2019

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Court Judge