# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Arco/Kenwood LTD.**, a California Limited Partnership; **In The Pocket, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No. **4:18-CV-06458-HSG** <br><br> **ORDER** |

Having read the forgoing request, it is hereby ordered that Plaintiff's counsel be granted permission to appear telephonically at the Initial Case Management Conference, set for hearing on August 13, 2019 at 2:00 p.m. Plaintiff's counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: August 12, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge